mec/2004R00099

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Criminal No. 08-561 |
| | : | |
| GERALD CARTI, | : | **Complex Case Order** |
| RENFORD DAVIS, | : | |
| AMER MIR and | : | |
| FREDERICK UGWU | : | |

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Mark E. Coyne, Assistant U.S. Attorney, appearing), and defendants Gerald Carti (Joseph P. Rem Jr., Esq., appearing), Renford Davis (Stephen Turano, Esq., appearing), Amer Mir (Gerald M. Saluti, Esq., appearing) and Frederick Ugwu (Henry E. Klingeman, Esq., appearing), and good cause having been shown, the Court makes the following findings:

    1.  This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by 18 U.S.C. § 3161;

    2.  failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

    3.  the ends of justice served by a continuance of the trial date in this matter until May 4, 2009 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 16th day of September, 2008,

ORDERED that the trial date in this matter is continued until May 4, 2009, and that the period of time from September 15, 2008 through May 4, 2009 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A),(B)(ii) and (B)(iv); and it is further

ORDERED that:

1. the conference and other matters described in ¶ 1 of the Court's September 3, 2008 Order for Discovery shall take place within ten (10) days from the date hereof or at such later date as the parties agree;

2. the defendants shall file pretrial motions on or before March 16, 2009;

3. the government shall respond to such motions on or before March 30, 2009;

4. the return date for pretrial motions shall be April 27, 2009, at 10:00 a.m.; and

5. trial shall commence on May 4, 2009, at 10:00 a.m.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE